*954 506 U. S. 817;
506 U. S. 854;
506 U. S. 917;
506 U. S. 976;
506 U. S. 1022;
506 U. S. 1047;
506 U. S. 893;
506 U. S. 1002;
506 U. S. 958;
506 U. S. 961;
506 U. S. 977;
506 U. S. 988;
506 U. S. 978;
*955 No. 92-6011.
No. 92-6017.
No. 92-6020.
No. 92-6022.
No. 92-6023.
No. 92-6041.
No. 92-6076.
No. 92-6099.
No. 92-6121.
No. 92-6125.
No. 92-6126.
No. 92-6139.
No. 92-6155.
No. 92-6161.
No. 92-6165.
No. 92-6216.
No. 92-6218.
No. 92-6234.
No. 92-6242.
No. 92-6244.
No. 92-6300.
No. 92-6317.
No. 92-6328.
No. 92-6336.
No. 92-6420.
No. 92-6505.
No. 92-6542.
No. 92-6545.
506 U. S. 1004;
506 U. S. 1004;
506 U. S. 988;
506 U. S. 1004;
506 U. S. 1004;
506 U. S. 978;
506 U. S. 1005;
506 U. S. 1006;
506 U. S. 1006;
506 U. S. 1006;
506 U. S. 1006;
506 U. S. 1036;
506 U. S. 1024;
506 U. S. 1007;
506 U. S. 1007;
506 U. S. 1008;
506 U. S. 1008;
506 U. S. 1024;
506 U. S. 1024;
506 U. S. 1057;
506 U. S. 991;
506 U. S. 1025;
506 U. S. 1025;
506 U. S. 1058;
506 U. S. 1059;
506 U. S. 1061;
506 U. S. 1062;
506 U. S. 1063;
*956 No. 92-6557.
No. 92-6608.
No. 92-6686.
No. 92-6696.
506 U. S. 1063;
506 U. S. 1065;
506 U. S. 1068; and
506 U. S. 1085. Petitions for rehearing denied.